PAUL B. MELTZER - #77425
LAW OFFICES OF PAUL B. MELTZER
A Professional Corporation
511 Water Street
Santa Cruz, California 95060
Telephone: 831/426-6000

Attorney for Defendant, JAVIER VASQUEZ-ROBLES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 5:02-CR-20085-JF |
| Plaintiff, | **STIPULATION TO CONTINUE DATES** |
| vs. | |
| JAVIER VASQUEZ-ROBLES, | Judge: Hon. Jeremy Fogel |
| Defendant. | |

IT IS HEREBY STIPULATED by and between counsel that there exists good cause to continue the dates previously set forth in the matter of JAVIER VASQUEZ-ROBLES as listed below:

| Date Currently Set | Event | New Date |
|---|---|---|
| September 2, 2008 | Motion due | September 16, 2008 |
| November 3, 2008 | Government's Response date | November 17, 2008 |

-1-

Stipulation to Continue
Status Hearing; Order Thereon

| November 17, 2008 | Defendant's Reply date | December 1, 2008 |
| --- | --- | --- |
| December 3, 2008 | Motion Hearing | December 10, 2008 at 10:00 a.m. |

The parties agree that the time between September 2, 2008 to December 17, 2008 shall be excluded from the Speedy Trial Act requirements of Title 18, United States Code, § 3161 pursuant to Title 18, United States Code § 3161(h)(8)(A) and §3161(h)(8)(B)(iv). The case has already been deemed complex and was just approved for electronic filing. The parties agree that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in an earlier trial, specifically based on the fact that defendant Vasquez-Roble's counsel has been in trial for four of the last five months and he and the other defense counsel need additional time to prepare motions. The U.S. Attorney, Gary Fry, has no objection to the additional time set forth in the stipulation. For these reasons, the parties agree that a continuance is necessary to ensure that the defendant and defense counsel can prepare the case, and denial of such a continuance would unreasonably deny defendant Javier Vasquez-Robles effective case preparation pursuant to 18 U.S.C. §3161(h)(8)(A0 and §3161(h)(8)(B)(iv).

Therefore, it is respectfully requested that the current following dates as listed below be vacated and reset for dates also listed below:

| Date Currently Set | Event | New Date |
| --- | --- | --- |
| September 2, 2008 | Motion due | September 16, 2008 |
| November 3, 2008 | Government's Response date | November 17, 2008 |
| November 17, 2008 | Defendant's Reply date | December 1, 2008 |
| December 3, 2008 | Motion Hearing | December 10, 2008 at 10:00 a.m. |

-2-

Stipulation to Continue
Status Hearing; Order Thereon

THE PARTIES SO STIPULATE.

Dated: September 3, 2008

UNITED STATES ATTORNEY'S OFFICE

_____
GARY G. FRY, A.U.S.A.

Dated: September 2, 2008

LAW OFFICES OF PAUL B. MELTZER

_____
PAUL B. MELTZER, Attorney for
Defendant, JAVIER VASQUEZ-ROBLES.

Dated: September 2, 2008

LAW OFFICES OF RICHARD MAZER

_____
RICHARD MAZER, Attorney for
Defendant, EMILIA VASQUEZ

Dated: September 2, 2008

LAW OFFICES OF PETER LEEMING

_____
PETER LEEMING, Attorney for
Defendant, CARINA VASQUEZ

-3-

Stipulation to Continue
Status Hearing; Order Thereon

[~~PROPOSED~~] O R D E R

Good cause shown, therefore, IT IS HEREBY ORDERED that the current dates set forth be vacated and new dates set as listed below:

| Date Currently Set | Event | New Date |
|---|---|---|
| September 2, 2008 | Motion due | September 16, 2008 |
| November 3, 2008 | Government's Response date | November 17, 2008 |
| November 17, 2008 | Defendant's Reply date | December 1, 2008 |
| December 3, 2008 | Motion Hearing | December 10, 2008 at 10:00 a.m. |

In light of these facts, the parties agree that the time between September 2, 2008 to December 17, 2008 shall be excluded from the Speedy Trial Act requirements of Title 18, United States Code, § 3161 pursuant to Title 18, United States Code § 3161(h)(8)(A) and §3161(h)(8)(B)(iv). The parties agree that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in an earlier trial, specifically based on the fact that defendant Vasquez-Roble's counsel has been unavailable and additional time is needed to prepare motions. For these reasons, the parties agree that a continuance is necessary to ensure that the defendant and defense counsel are prepared to make informed decisions regarding the case, and denial of such a continuance would unreasonably deny defendant Javier Vasquez-Robles effective case preparation pursuant to 18 U.S.C. §3161(h)(8)(A0 and §3161(h)(8)(B)(iv).

SO ORDERED.

Dated: Septmeber 11, 2008

_____
JEREMY FOGEL, DISTRICT JUDGE
UNITED STATES DISTRICT COURT

-4-

Stipulation to Continue
Status Hearing; Order Thereon