UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 02 20085 JF |
| ) | |
| Plaintiff ) | **ORDER OF FOR REFERRAL FOR** |
| ) | **VOLUNTARY SETTLEMENT** |
| ) | **CONFERENCE** |
| v. ) | |
| JAVIER VASQUEZ, et al ) | |
| ) | |
| Defendant ) | |

Based on a stipulation by all parties, and for good cause shown, this court hereby refers this case to Chief Magistrate Larson for a voluntary settlement conference, pursuant to Crim. L.R. 11-1.

IT IS SO ORDERED.

Date:  10/30/08

HONORABLE JEREMY FOGEL
United States District Court Judge