PAUL B. MELTZER - #77425
LAW OFFICES OF PAUL B. MELTZER
A Professional Corporation
511 Water Street
Santa Cruz, California 95060
Telephone: 831/426-6000

NOV 17 2009

Attorney for Defendant, JAVIER VAZQUEZ-ROBLES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 5:03-cr-20085-JF |
| | ) | 5:02-cr-20085-JF |
| Plaintiff, | ) | |
| | ) | STIPULATION TO VACATE BAIL REVIEW |
| vs. | ) | HEARING |
| | ) | |
| JAVIER VAZQUEZ-ROBLES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | Judge: The Honorable Patricia V. Trumbull |
| | ) | |

IT IS HEREBY STIPULATED by and between counsel that there exists good cause to take the Bail Review Hearing off the Court's calendar on November 18, 2009 at 11:30 a.m.

//
//
//
//
//
//
//
//
//
//
//
//

STIPULATION - 1

1  Therefore, it is respectfully requested that the previously set Bail Review Hearing of November 18, 2009
2  be vacated.
3  THE PARTIES SO STIPULATE.

Dated: November 10, 2009

UNITED STATES ATTORNEY

/S/ By PBM
_____
GARY G. FRY, A. U.S.A.

Dated: November 10, 2009

UNITED STATES ATTORNEY

/S/ By PBM
_____
THOMAS COLTHURST, A. U.S.A.

Dated: November 10, 2009

LAW OFFICES OF PAUL B. MELTZER

_____
PAUL B. MELTZER, Attorney for
Defendant, JAVIER VAZQUEZ-ROBLES.

[~~PROPOSED~~] O R D E R

Good cause shown, therefore, IT IS HEREBY ORDERED that the November 18, 2009 Bail Review Hearing at 1:30 p.m. previously set forth in the matter of JAVIER VAZQUEZ-ROBLES is taken off calendar.

SO ORDERED.

Dated: November 17, 2009

_____
HON. PATRICIA V. TRUMBULL, ~~DISTRICT~~ Magistrate JUDGE
UNITED STATES DISTRICT COURT

STIPULATION - 3